FILED
 2009 May-15  PM 04:06
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DEUNTONIUS LE'VAR WAKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Civil Action No. CV-08-S-475-M <br> ) <br> MARSHALL COUNTY SHERIFF'S ) <br> DEPT., *et al.*, ) <br> ) <br> ) <br> Defendant. ) <br> ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on April 6, 2009, recommending that defendants' motion for summary judgment be granted and this cause dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due

to be granted, and this action is due to be dismissed with prejudice. A final judgment will be entered.

    DONE this 15th day of May, 2009.

                                               /s/ Lynwood Smith
                                           United States District Judge